UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BRISELIDA ROSS,

                Plaintiff,

                            Civil Action No. 5:22-cv-1290-FJS-ML

MARTIN O'MALLEY,
COMMISSIONER OF
SOCIAL SECURITY,

                Defendant

---------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Kathryn Pollack, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin M. Goldstein, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$6,840.86,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

       It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$402.00**.

Dated: May 6, 2024

By:   */s/ Kathryn Pollack*           By:   */s/ Justin Goldstein*

| | |
|---|---|
| Special Assistant U.S. Attorney<br>Office of Program Litigation, Office 2<br>Social Security Administration<br>Office of the General Counsel<br>6401 Security Blvd<br>Baltimore, MD 21235<br>(212) 264-2331<br>Email: kathryn.pollack@ssa.gov | Justin M. Goldstein<br>Law Offices of Kenneth Hiller, PLLC<br>6000 North Bailey Avenue - Suite 1A<br>Amherst, NY 14226<br>(716) 564-3288<br>Email: jgoldstein@kennethhiller.com |

**SO ORDERED:**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: May 8, 2024